UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------x
:
ELLEN DIMURO, MARGARET OHAYON, :
DANA STEIN and all others similarly situated, :
: 3:12-cv-1789 (AVC)
Plaintiffs, :
:
- against - :
:
THE ESTÉE LAUDER COMPANIES, INC. : May 21, 2013
and CLINIQUE LABORATORIES, LLC, :
:
Defendants. :
---------------------------------x

## MOTION TO DISMISS OF DEFENDANTS THE ESTÉE LAUDER COMPANIES INC. AND CLINIQUE LABORATORIES, LLC

Pursuant to Rules 9(b), 12(b)(1), 12(b)(6), and 12(f) of the Federal Rules of Civil Procedure, Defendants The Estée Lauder Companies Inc. and Clinique Laboratories, LLC (collectively, "Clinique" or "Defendants") hereby move to dismiss with prejudice (and, where applicable, strike) all of the claims asserted against them by Plaintiffs Ellen DiMuro, Margaret Ohayon, and Dana Stein (collectively, "Plaintiffs") in the Consolidated Class Action Complaint and Demand for Jury Trial (ECF No. 44), filed April 8, 2013, namely, Count One sounding in violation of the Connecticut Unfair Trade Practices Act ("CUTPA"), Count Two sounding in violation of the New Jersey Consumer Fraud Act ("NJCFA"), Counts Three and Four sounding in violation of the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), Count Five sounding in breach of express warranty, Count Six sounding in breach of implied warranty, Count Seven sounding in unjust enrichment, and Count VIII sounding in violation of

the consumer fraud laws of the various states. In summary, all such claims should be dismissed with prejudice on the following grounds:

1. Plaintiffs have no standing to assert any of their claims as respects products which no Plaintiff alleges she purchased;

2. Plaintiffs fail to state a plausible basis for any of their claims;

3. Plaintiffs' claims sounding in fraud lack the requisite specificity mandated by Rule 9(b) of the Federal Rules of Civil Procedure;

4. Certain of the advertising claims challenged by Plaintiffs are puffery, and thus nonactionable;

5. Plaintiffs' allegation that Defendants failed to disclose material facts which they were obligated to disclose does not assert a legally sufficient claim;

6. Plaintiffs fail to state a claim for breach of express warranty because they fail to allege the required privity of contract and pre-lawsuit notice, they fail to plead specific language that could constitute an express warranty, and they fail to plausibly plead that any such warranty was breached;

7. Plaintiffs fail to state a claim for breach of implied warranty because, among other reasons, they fail to allege the required privity of contract and pre-lawsuit notice, and they have not adequately alleged that the purchased products did not meet an applicable minimum level of quality;

8. Plaintiffs' claim for unjust enrichment must fail because they do not allege the required direct relationship (privity) with Defendants, there is no allegation of Defendants' failure to make a required payment to a Plaintiff, or a Plaintiff's expectation that she would receive such payment, and Plaintiffs fail to make plausible or sufficiently particular allegations; and

9. The dismissal herein should be with prejudice because, among other reasons, the pleading at issue represents the fourth such pleading in this dispute.

For all of these reasons, discussed more fully in the memorandum of law submitted simultaneously herewith and in support hereof, Plaintiffs' Consolidated Class Action Complaint and Demand for Jury Trial should be dismissed in its entirety, with prejudice.

                              DEFENDANTS THE ESTÉE LAUDER COMPANIES INC. AND CLINIQUE LABORATORIES, LLC

/s/ Kenneth A. Plevan
Kenneth A. Plevan (*pro hac vice*, phv05940)
Limor Robinson (*pro hac vice*, phv05941)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Email: kenneth.plevan@skadden.com
Email: limor.robinson@skadden.com

/s/ David R. Schaefer
David R. Schaefer (ct04334)
Brian Daniels (ct11863)
Rowena A. Moffett (ct19811)
Sean Fisher (ct23087)
BRENNER, SALTZMAN &
 WALLMAN LLP
271 Whitney Avenue
New Haven, CT 06511
(203) 772-2600

Email: dschaefer@bswlaw.com
Email: bpdaniels@bswlaw.com
Email: rmoffett@bswlaw.com
Email: sfisher@bswlaw.com

Attorneys for Defendants
The Estée Lauder Companies Inc.
and Clinique Laboratories, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2013, a copy of the foregoing Motion to Dismiss was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/David R. Schaefer
David R. Schaefer (ct04334)

873211-NYCSR06A - MSW