**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ELLEN DIMURO, MARGARET OHAYON, DANA STEIN and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE ESTÉE LAUDER COMPANIES, INC., CLINIQUE LABORATORIES, LLC,<br><br>　　　　　　　　　Defendants. | Civil Action No. 3:12-cv-01789-AVC<br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given that plaintiffs, ELLEN DIMURO, MARGARET OHAYON and DANA STEIN in the above-named case hereby appeal to the United States Court of Appeal for the Second Circuit from the Ruling on the Defendants' Motion to Dismiss (DE # 55), entered in this action on the 26th day of November, 2013.

　　　　　　　　　　　　　　　　　　　　　By: ____/s/Caroline F. Bartlett____