**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ELLEN DIMURO, MARGARET OHAYON,
DANA STEIN and all others similarly situated,

                            Plaintiffs,                    Civil Action No. 3:12-cv-01789-AVC

        v.

THE ESTÉE LAUDER COMPANIES, INC.,
CLINIQUE LABORATORIES, LLC,                    **NOTICE OF APPEAL**

                            Defendants.


Notice is hereby given that plaintiffs, ELLEN DIMURO, MARGARET OHAYON and DANA STEIN in the above-named case hereby appeal to the United States Court of Appeal for the Second Circuit from the Ruling on the Defendants' Motion to Dismiss (DE # 55), entered in this action on the 26th day of November, 2013.


                                    By:     */s/Caroline F. Bartlett*