UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELLEN MACKLIN DIMURO, et al.  :
  plaintiffs,                :
                               :
    v.                         : Civil No. 3:12CV01789(AVC)
                               :
CLINIQUE LABORATORIES, et al.,:
  defendants.                :

## **JUDGMENT**

This action having come before the court for consideration of the defendants' motion to dismiss, and

The court having considered the motion and the record of the case, and having granted the defendants' motion on November 22, 2013, it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 18th day of March, 2014 at Hartford, Connecticut.

                          ROBIN TABORA, Clerk


                          By: __/ s /__
                          Renee Alexander
                          Deputy Clerk